# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00560SOM

CASE NAME:        USA vs. (04) Wallace Shimabukuro

ATTYS FOR PLA:    Louis Bracco

ATTYS FOR DEFT:   04 William Harrison

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:   Debra Chun

DATE:     7/25/2006                  TIME:       11:10 - 12:00

COURT ACTION:  EP: Motion to Reduce Sentence -

Defendant (04) Wallace Shimabukuro present and in custody.

Arguments.

Defendant addressed the Court.

Motion to Reduce Sentence - Granted.

ADJUDGED:

Imprisonment: 78 Months.

Supervised Release: 5 Years.

Special Assessment: $100.00.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

JUDICIAL RECOMMENDATIONS: 1) Terminal Island; 2) 500 Hour Comprehensive Drug Treatment Program.

Defendant advised of his right to appeal.

Mr. Bracco to prepare the order.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.