EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00560-04 (SOM) |
|  | ) |  |
| Plaintiff, | ) | ORDER GRANTING REDUCTION OF |
|  | ) | SENTENCE PURSUANT TO FEDERAL |
| vs. | ) | RULE OF CRIMINAL PROCEDURE 35 |
|  | ) |  |
| WALLACE SHIMABUKURO, JR.,(04) | ) |  |
| a/k/a "Wally Shimabukuro," | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |

ORDER GRANTING REDUCTION OF SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35

A.   BACKGROUND

On July 25, 2006, the Court held a hearing to consider

the Government's Rule 35 Motion for Reduction of Sentence in this

matter, premised upon Defendant WALLACE SHIMABUKURO's ("Shimabukuro") post-sentence substantial assistance. At the hearing, the Court heard the arguments of respective counsel, and, heard from the Defendant personally.

After reviewing the Government's Rule 35 motion, and considering the argument of counsel and the Defendant's statements, the Court grants the Government's Motion for Reduction of Sentence. The Defendant's sentence as to incarceration is reduced from a term of 121 months to a term of 78 months. Additionally, certain of the conditions of Defendant's term of supervised released are modified as indicated herein.

## B.  BACKGROUND

On August 23, 2005, this Court sentenced Defendant Shimabukuro to a prison term of 121 months and five years supervised release pursuant to a written sentencing agreement. At Defendant's sentencing hearing, the Court found that the applicable offense level was Level 31 (Criminal History Category II) which resulted in an advisory guideline sentencing range of 121-151 months.

On October 27, 2005, the Government filed a "Protective" Rule 35 Motion for Reduction of Defendant's sentence. Thereafter, the Government finalized its Rule 35 Motion by supplemental pleading filed May 18, 2006. In these

(sealed) pleadings, the Government advised the Court of the nature and circumstances of certain substantial assistance to Hawaii law enforcement provided on Defendant Shimabukuro's behalf by a third-party.

### C. DISCUSSION

The Rule 35 pleading(s) filed by the Government indicate that the individual cooperating on Defendant Shimabukuro's behalf successfully negotiated for and obtained a multi-ounce quantity of methamphetamine from a Honolulu drug trafficker, and, provided information which contributed to the probable cause information recited in a search warrant affidavit supporting a warranted search for the trafficker's residence.  A federal search warrant was thereafter executed at the trafficker's residence, and agents seized approximately 1-1½ pounds of methamphetamine and various items of drug paraphernalia.  Incident to the execution of this search warrant, the trafficker made self inculpatory statements which substantially implicated himself (and others) in drug activity.

Thereafter, the drug trafficker was indicted in the District of Hawaii based on the fruits of the search warrant which included the trafficker's self-inculpatory admissions.  The drug trafficker subsequently pled guilty, and, has now been sentenced to a substantial prison term.

Accordingly, the Court finds that the individual cooperating on Defendant Shimabukuro's behalf has provided substantial assistance to the Government as recited above. Based on such substantial assistance, the Court awards Defendant a four-level downward sentencing departure. A four-level departure from the previous Level 31 (Criminal History Category II) yields a Rule 35 advisory departure sentencing range of Level 27 (Criminal History Category II) = 78-97 months.

### D.  CONCLUSION AND ORDER

Accordingly, the Court grants the Government's Rule 35 sentencing reduction motion, and, sentences Defendant to a reduced 78-month term of imprisonment. Except as to the reduced term of incarceration and modification(s) to the special conditions of Defendant's supervised release terms expressly indicated below herein, all other terms and conditions of Defendant's sentence are to remain the same. The modification(s) of the conditions of Defendant Shimabukuro's supervision upon release are as follows:

1.  As to drug testing during Defendant's supervised release term, the Defendant shall submit to one (1) drug test within 15 days of commencement of supervision and at least two (2) drug tests thereafter but no more than eight (8) valid drug tests per month during the term of supervision unless there is a positive drug test, in which event the maximum shall increase to up to one (1) valid drug test per day.

    2.    The Defendant shall execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the United States Attorney's Office access to any financial information to include submitting to periodic debtor's examinations as directed by the Probation office.

IT IS SO ORDERED.

### E. RECOMMENDATION(S) TO BUREAU OF PRISONS

The Court makes a judicial recommendation to the Bureau of Prisons, based upon substantial assistance provided on the Defendant's behalf, and, the reduced sentence as to incarceration ordered herein, that Defendant Shimabukuro be housed at the Bureau of Prisons correctional facility located at Terminal Island, California. The Court also recommends that Defendant be enrolled in the 500 hour Comprehensive Drug Treatment Program.

DATED: July 26, 2006, at Honolulu, Hawaii.



_____
Susan Oki Mollway
United States District Judge

USA v. Wallace Shimabukuro, Jr.
Cr. No. 03-00560-04 SOM
"ORDER GRANTING REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35"