EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00560-04 (SOM) |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| WALLACE SHIMABUKURO, JR.,(04) ) | |
| a/k/a "Wally Shimabukuro," ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

       I hereby certify that the Order Granting Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35 was signed by Judge Susan Oki Mollway on July 26, 2006, and filed on July 27, 2006 and was served on the following counsel on July 28, 2006:

<u>Served by First Class mail:</u>

WILLIAM A. HARRISON, ESQ.                               July 28, 2006
841 Bishop Street
Suite 800
Honolulu, HI  96813

Attorney for Defendant
WALLACE SHIMABUKURO, JR.

       DATED: July 28, 2006, at Honolulu, Hawaii.

                         <u>/s/ Shelli Ann H. Mizukami</u>