FROM : US MARSHALS HAWAII          FAX NO. : 8085413056          Aug. 13 2008 11:51AM  P3

Case 1:03-cr-00560-SOM   Document 449   Filed 08/30/2005   Page 2 of 6

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:03CR00560-004                                    Judgment - Page 2 of 6
DEFENDANT: WALLACE SHIMABUKURO, JR., a/k/a "Wally Shimabukuro"

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ONE HUNDRED TWENTY ONE (121) MONTHS.

[✓] The court makes the following recommendations to the Bureau of Prisons:
    1) FPC Sheridan; 2) 500 Hour Comprehensive Drug Treatment Program.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before ___ on ___
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 14 2008
at 7 o'clock and 55 min. A M.
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on 9/28/06 to UVM
at Victorville, CA, with a certified copy of this judgment.

T. Banks, Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal