IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 03-00560 SOM 04 |
| Plaintiff(s), | ) | |
| vs. | ) | |
| (04) WALLACE SHIMABURKURO, JR., | ) | |
| Defendant(s). | ) | |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
SEP 11 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
APR 0 1 2005
at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120684818 issued at HONOLULU, HI, on 01/19/2000 to the above-named defendant, was surrendered to the custody of the Clerk of court on April 1, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    ▓▓▓▓1976

Place of Birth:    HAWAII, USA

Dated at Honolulu, Hawaii on April 1, 2005.

WALTER A.Y.H. CHINN, Clerk

By: _____
     Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 9/11/08            Signature: _____
                                    Owner of Passport