IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 03-00560 SOM |
| | ) |
| Plaintiff, | ) ORDER MEMORIALIZING |
| | ) COURT'S ORAL ORDER |
| vs. | ) DECLINING TO APPOINT |
| | ) COUNSEL FOR DEFENDANT |
| WALLACE I. SHIMABUKURO, | ) WALLACE SHIMABUKURO |
| | ) GIVEN HIS REFUSAL TO |
| Defendant. | ) ESTABLISH HIS INDIGENCY |
| | ) |

**ORDER MEMORIALIZING COURT'S ORAL
ORDER DECLINING TO APPOINT COUNSEL
FOR DEFENDANT WALLACE SHIMABUKURO
GIVEN HIS REFUSAL TO ESTABLISH HIS INDIGENCY**

This order is filed to memorialize the court's oral ruling denying Defendant Wallace Shimabukuro's request for court-appointed counsel in his revocation proceeding, and to ensure that the parties can readily identify where in the record this court's oral ruling is located.

Shimabukuro declined to sign an affidavit outlining his financial status. This court advised him that court-appointed counsel would not be provided in the absence of a record establishing his indigency. The court detailed the specific questions he needed to answer, as listed in a financial affidavit. The court also cited *United States v. Titus*, 576 F.2d 210 (9th Cir. 1978), and *United States v. Ellsworth*, 547 F.2d 1096 (9th Cir. 1976), as recognizing that district courts could

decline to appoint counsel in the absence of sufficient information establishing defendants' indigency. This court and the Assistant United States Attorney assured Shimabukuro that the United States would not have access to the affidavit to use against him in the pending revocation proceeding. Shimabukuro nevertheless declined to complete and sign a financial affidavit. This court made it clear that he could retain counsel, opined that he would benefit from representation, and described the penalties he could face if supervised release were revoked. When Shimabukuro continued to maintain his position, this court refused to appoint counsel, stating that it deemed Simabukuro to be waiving any right to court-appointed counsel. He proceeded to represent himself.

The above discussion, Shimabukuro's repeated refusals to provide financial information, and this court's resulting denial of his request for court-appointed counsel are set forth in the transcript of the hearing held on June 13, 2017. *See* ECF No. 696.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii; July 17, 2017.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. Shimabukuro, Cr. No. 03 00560 SOM, Order Memorializing Court's Oral Order Declining to Appoint Counsel for Defendant Wallace Shimabukuro Given His Refusal to Establish His Indigency